# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITES STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 22-381 |
| : | |
| VICTOR ORTIZ : | |

**SURRICK, J.**                                                                                          **FEBRUARY 10, 2025**

## ORDER

**AND NOW**, this 10th day of February, 2025, upon consideration of Defendant Victor Ortiz's Motion for a New Trial Under Federal Rule of Criminal Procedure 33, (ECF No. 113), and all documents submitted in support thereof and opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**